# SUPREME COURT OF THE STATE OF NEW YORK
## *Appellate Division, Fourth Judicial Department*

**901**
**CA 15-02035**
PRESENT: CENTRA, J.P., PERADOTTO, DEJOSEPH, NEMOYER, AND CURRAN, JJ.

---

LUCIA TERCILIO, PLAINTIFF-APPELLANT,

V                                                                     ORDER

FREDDY POLL-DELGADO, DEFENDANT-RESPONDENT.

---

LAW OFFICES OF JOSE PEREZ, P.C., SYRACUSE (JOSE E. PEREZ OF COUNSEL), FOR PLAINTIFF-APPELLANT.

BARTH SULLIVAN BEHR, BUFFALO (DANIEL K. CARTWRIGHT OF COUNSEL), FOR DEFENDANT-RESPONDENT.

---------------------------------------------------------------------------------------------

Appeal from an order of the Supreme Court, Onondaga County (Donald A. Greenwood, J.), entered July 23, 2015. The order granted the motion of defendant for summary judgment dismissing the complaint and denied the cross motion of plaintiff for partial summary judgment.

It is hereby ORDERED that the order so appealed from is unanimously affirmed without costs for reasons stated in the decision at Supreme Court.

Entered:  November 10, 2016                    Frances E. Cafarell
                                               Clerk of the Court